IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANGELA L MULBERRY,

    Plaintiff,

v.                                      CASE NO. 1:13-cv-00094-MP-CAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 20, 2013. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted. The ALJ's reasons for giving little weight to the opinion of Dr. Santiago are clearly articulated and supported by substantial evidence, as fully explained by the Magistrate Judge on pages 18 through 21 of the Report and Recommendation.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is AFFIRMED.

3.     Plaintiff's request for oral argument (doc. 14) is DENIED.

**DONE AND ORDERED** this __6th__ day of March, 2014

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge